# UNITED STATES DISTRICT COURT
## District of Columbia

| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND |

**SUMMONS IN A CIVIL CASE**

V.

| PENNSYLVANIA TOWER PAINTING CO., INC. d/b/a Tower Painting Co., Inc. a/k/a Tower Painting Co. Inc. |

CA

Case: 1:07-cv-01466
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 8/13/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

PENNSYLVANIA TOWER PAINTING CO., INC.
d/b/a Tower Painting Co., Inc.
a/k/a Tower Painting Co. Inc.
625 Main Street
Westbury, NY 11590

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         AUG 13 2007
CLERK                           DATE

(By) DEPUTY CLERK

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA COUNTY | Index # 1:07-cv-01466<br>Date Purchased: August 13, 2007<br>Date Filed: _____<br>Court Date: _____ |

ATTORNEY(S): LEGAL ERRANDS, INC.   PH: 1-866-877
ADDRESS:   File No.:

*INTERNATIONAL PAINTERS and ALLIED TRADES INDUSTRY PENSION FUND,*
*Plaintiff(s)/Petitioner(s)*
vs.
*PENNSYLVANIA TOWER PAINTING CO., INC. d/b/a Tower Painting Co., Inc. a/k/a Tower Painting Co. Inc.,*
*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

ELHAM SHATARA, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On September 17, 2007 at 9:39 AM at 625 MAIN STREET WESTBURY, NY 11590, deponent served the within **Summons In A Civil Case and Complaint** with Index Number 1:07-cv-01466, and Date Purchased August 13, 2007 endorsed thereon,

on: PENNSYLVANIA TOWER PAINTING CO., INC. d/b/a Tower Painting Co., Inc. a/k/a Tower Painting Co. Inc., Defendant therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering to and leaving with MARIA RODRIGUEZ - RECEPTIONIST and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex Female   Color of skin White   Color of hair Blonde   Age 36 - 50 Yrs.   Height 5' 4" - 5' 8"
Weight Over 200 Lbs.   Other Features: _____

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this 20 day of September, 2007

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

ELHAM SHATARA
Server's Lic # 1059412
Invoice•Work Order # 0743795