IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> PENNSYLVANIA TOWER PAINTING CO., INC.) <br>    d/b/a Tower Painting Co., Inc. ) <br>    a/k/a Tower Painting Co. Inc. ) <br> ) <br> Defendant ) | CIVIL ACTION NO. <br> 1:07-cv-01466 (CKK) |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to the Defendant as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

                                                        Respectfully submitted,

                                                        JENNINGS SIGMOND, P.C.

                                         BY:/s/ Kent G. Cprek
                                                        KENT G. CPREK, ESQUIRE
                                                        (I.D. NO. 478231)
                                                        The Penn Mutual Towers, 16th Floor
                                                        510 Walnut Street, Independence Square
                                                        Philadelphia, PA 19106-3683
                                                        (215) 351-0615/0669

Date: February 8, 2008                                Attorney for the Fund

OF COUNSEL:

PHILLIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

193273-1

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

PENNSYLVANIA TOWER PAINTING CO., INC.
d/b/a Tower Painting Co., Inc.
a/k/a Tower Painting Co. Inc.
625 Main Street
Westbury, NY  11590

Date: February 8, 2008                    /s/    Kent G. Cprek
                                                               KENT G. CPREK, ESQUIRE

193273-1